AO 91 (Rev. 11/11)  Criminal Complaint

FILED
LOGGED
ENTERED
RECEIVED

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

NOV 0 2 2019

CLERK, U.S. DISTRICT COURT
BALTIMORE
DISTRICT OF MARYLAND
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL WEDINGTON | ) | Case No.  **19 - 3 6 4 5  ADC** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 8 and 10, 2019 _____ in the county of _____ in the _____ District of _____ Maryland _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code Section 2119 | Carjacking |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Erik Bass, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6 November 2019

_____
*Judge's signature*

City and state:        Baltimore, MD         Hon. A. David Copperthite, U.S. Magistrate Judge
_____
*Printed name and title*

MD